## GEORGE MOFFAT, ROBERT GILLESPIE AND WILLIAM GILKINSON, EXECUTORS, ETC., OF RICHARD PATTINSON, DECEASED, *versus* ANTOINE LASSELLE

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Continued *p. 263; (2) rule for execution *p. 350.
PAPERS IN FILE: (1) Precipe for scire facias; (2) writ of scire facias and return; (3) precipe for fi. fa.; (4) writ of fi. fa. and return.
*1821 Calendar*, MS p. 84. Recorded in *Book B*, MS pp. 172–74.

## ZACHARIAH D. FLAGLER *versus* LUTHER PARKER

JOURNAL ENTRIES (1821): *Journal 3:* (1) Dismissed *p. 264.
PAPERS IN FILE: [None]
*1821 Calendar*, MS p. 96.

## THOMAS EMERSON *versus* BENJAMIN WOODWORTH

JOURNAL ENTRIES (1821): *Journal 3:* (1) Continued *p. 264.
PAPERS IN FILE: (1) Agreement for entry of amicable suit; (2) recognizance and bail piece; (3) declaration; (4) precipe for default judgment; (5) precipe for discontinuance.
*1821 Calendar*, MS p. 103. Recorded in *Book B*, MS pp. 244–46.